UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MATTHAN DAULEY,

       Plaintiff,

 - against -

SUFFOLK COUNTY CORRECTIONAL SERVICES,
SECURUS TECHNOLOGIES, INC.,

       Defendants.
------------------------------------------------------------------------X

FILED
CLERK
8/12/2014 1:36 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV-14-3824 (JFB)(WDW)

  A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on August 1, 2014, dismissing the complaint with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), directing the Clerk of Court to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

  **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the complaint is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.


Dated: Central Islip, New York
    August 12, 2014

                  DOUGLAS C. PALMER
                  CLERK OF THE COURT

            BY: /S/ CATHERINE VUKOVICH
               DEPUTY CLERK